UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| KELLY BENEDICT, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AWP GAMING STUDIOS LLC, )<br>)<br>Defendant. ) | No. 2:25-cv-00062 |

## ORDER

Plaintiff Kelly Benedict has filed a Notice of Voluntary Dismissal (Doc. No. 15). In accordance with the Notice of Voluntary Dismissal (Doc. No. 15), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE